# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
MAY 16 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

**CR19   0232   WHA**

TREVOR GEORGE WALSH,

~~UNDER SEAL~~

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 922(o) – Possession of Machineguns;
18 U.S.C. § 924(d); 28 U.S.C. § 2461(c) – Forfeiture Allegation

A true bill.

_Linda Joy_
Foreman

Filed in open court this __16th__ day of __May, 2019__.

_M. Jorgensen_
Clerk

Bail, $ _____   NO BAIL ARREST WARRANT

SALLIE KIM
United States Magistrate Judge

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. Section 922(o) - Possession of Machineguns

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum term of imprisonment: 10 years; Maximum fine: $250,000 fine; Maximum term of supervised release: 3 years; Mandatory $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
MAY 16 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

---- DEFENDANT - U.S ----
▶ Trevor George Walsh

DISTRICT COURT NUMBER
CR19 0232 WHA

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
HSI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   David L. Anderson
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Lina Peng

---- DEFENDANT ----

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction       ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:       Before Judge:

Comments:

DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED
MAY 16 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

~~UNDER SEAL~~

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> TREVOR GEORGE WALSH, <br> Defendant. | CASE NO. CR19 0232 <br> VIOLATIONS: <br> 18 U.S.C. § 922(o) – Possession of Machineguns; <br> 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) – Forfeiture Allegation <br> San Francisco |

INDICTMENT

The Grand Jury charges:

COUNT ONE:    (18 U.S.C. § 922(o) – Possession of Machineguns)

On or about April 19, 2019, in the Northern District of California, the defendant,

TREVOR GEORGE WALSH,

did knowingly possess machineguns, namely one Glock-style firearm with a full automatic conversion switch inserted and one Glock-style full automatic conversion switch, all in violation of Title 18, United States Code, Section 922(o).

//
//
//

INDICTMENT

1  FORFEITURE ALLEGATION:    (18 U.S.C. § 924(d); 28 U.S.C. § 2461(c))

2  The allegations contained above are re-alleged and incorporated by reference herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of Count One as set forth in this Indictment, the defendant,

TREVOR GEORGE WALSH,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, the following property:

  a. One Glock-style firearm with a full automatic conversion switch inserted, seized on or about April 19, 2019;

  b. One full automatic conversion switch seized on or about April 19, 2019;

  c. Ammunition seized in connection with items (a) and (b), including: twenty-two (22) rounds of 9 mm Luger ammunition; three (3) rounds of 9 mm Inceptor ammunition; one (1) round of .357 mm Federal ammunition; and

  d. Any other firearm, ammunition, magazine, seized in connection with the above.

If any of the property described above, as a result of any act or omission of the defendant:

  a. cannot be located upon exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c). All pursuant to Title 18, United States Code, Section 924, Title 28, United States Code, Section 2461,

//

INDICTMENT                                    2

and Rule 32 of the Federal Rules of Criminal Procedure.

DATED: May 16, 2019

A TRUE BILL.

_____
FOREPERSON

DAVID L. ANDERSON
United States Attorney

_____
LINA PENG
Assistant United States Attorney

INDICTMENT                                3